| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED

JAN 1 2 2009

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Michael N. Milby, Clerk

| Division | Houston | Case Number | 4:09-cv-00027 |
|---|---|---|---|

Kawaljeet K. Tagore

*versus*

United States of America

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | ERIC C. RASSBACH<br>The Becket Fund for Religious Liberty<br>1350 Connecticut Ave., NW<br>Washington, D.C. 20036<br>(202) 349-7214<br>TX: 24013375 |
|---|---|

Seeks to appear as the attorney for this party:

Kawaljeet K. Tagore

Dated: 1/7/2009   Signed: *Eric Rassbach*

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.   _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98