IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAWALJEET K. TAGORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY, FEDERAL PROTECTIVE | ) |
| SERVICE; U.S. DEPARTMENT OF THE | ) Case No. 4:09-CV-00027 |
| TREASURY; JANET NAPOLITANO[1], | ) |
| Secretary of the U.S. Department of | ) |
| Homeland Security; TIMOTHY F. | ) |
| GEITHNER, Secretary of the Treasury; | ) |
| WILLIAM A. CARMODY, III; DAVID | ) |
| HIEBERT; CHRISTINA NAVARETE- | ) |
| WASSON; SERGIO ARELLANO; JAMES | ) |
| K. ELLIS; NIEVES NARVAEZ; and | ) |
| DOES 1-25, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' CERTIFICATE LISTING THOSE
FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

Pursuant to the Order for Conference and Disclosure of Interested Parties, the U.S. Department of Justice, as counsel for the United States, the federal agency defendants, and named individuals insofar as they are sued in their official capacities ("Federal Defendants"), lists the following "persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation."

---

[1] While plaintiff's complaint was initially filed against Michael Chertoff and Henry Paulson, Janet Napolitano and Timothy F. Geithner are now substituted pursuant to Fed. R. Civ. P. 25(d).

Federal Defendants:

    United States Department of Homeland Security
    Federal Protective Service
    United States Department of the Treasury
    Internal Revenue Service
    Janet Napolitano, Secretary of the U.S. Department of Homeland Security
    Timothy F. Geithner, Secretary of the Treasury

Defendants sued Individually[2]:

    William A. Carmody, III
    David Hiebert
    Christina Navarete-Wasson
    Sergio Arellano
    James K. Ellis
    Nieves Narvaez

DATED:    March 30, 2009

                                      Respectfully submitted,

                                      MICHAEL F. HERTZ
                                    Acting Assistant Attorney General

                                    TIM JOHNSON
                                  Acting United States Attorney

                                    STUART A. LICHT
                                  Assistant Branch Director

                                    /s/ Vesper Mei
                                  VESPER MEI (DC Bar 455778)
                                  Attorney in charge for Federal Defendants
                                  Senior Counsel
                                  United States Department of Justice
                                  Civil Division
                                  Federal Programs Branch
                                  P.O. Box 883 – Rm 7316
                                  Washington, DC 20044

---

[2] To the extent that the individual defendants are sued in their individual, as well as their official capacities, the defendants are undertaking an assessment of representation in their individual capacities pursuant to 28 C.F.R. § 50.15.

Telephone: (202) 514-4686
Facsimile: (202) 616-8470
vesper.mei@usdoj.gov

Attorneys for Federal Defendants

# CERTIFICATE OF SERVICE

      I, Vesper Mei, an attorney, hereby certify that on March 30, 2009, I electronically transmitted the foregoing Defendants' Certificate Listing Those Financially Interested in the Outcome of this Litigation to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic filing and to the following ECF registrants:

Scott David Newar
Attorney at Law
700 Louisiana
25th Fl
Houston , TX 77002
Email: newar@newarlaw.com

Eric Christopher Rassbach
The Becket Fund for Religious Liberty
1350 Connecticut Ave NW
Ste 605
Washington , DC 20036
Email: erassbach@becketfund.org

                                              /s/ Vesper Mei
                                            VESPER MEI