Dockets.Justia.com

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-00027 |
|---|---|---|---|

| Kawaljeet Kaur Tagore |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| **Name** | Harsimran Kaur Dang |
| **Firm** | The Sikh Coalition |
| **Street** | 39465 Paseo Padre Pkwy. Ste. 3550 |
| **City & Zip Code** | Fremont, CA 94538 |
| **Telephone** | (510) 659-0900 ext. 92 |
| **Licensed: State & Number** | Washington, D.C. (493428), Maryland (No number) |
| **Admitted U.S. District Court for:** | District of Maryland |

Seeks to appear as the attorney for this party:

| Kawaljeet Kaur Tagore |
|---|
| Dated: 1/20/09     Signed: Harsimran Kaur Dang |

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.     _____
                                                                                               United States District Judge

SDTX (d_prohac.ord)
02/03/98

Tagore v. UNITED STATES OF AMERICA     Doc. 5