**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-00027 |
|---|---|---|---|

Kawaljeet Kaur Tagore

*versus*

U.S. Department of Homeland Security, et al.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted: U.S. District Court for: | Harsimran Kaur Dang<br>The Sikh Coalition<br>3945 Paseo Padre Pkwy. Ste.3550<br>Fremont, CA 94538<br>(510) 659-0900 ext. 92<br>Washington, DC. (493428), Maryland(Nonumb<br>District of Maryland |

Seeks to appear as the attorney for this party:

Kawaljeet Kaur Tagore

| Dated: 1/20/09 | Signed: Harsimran Kaur Dang |
|---|---|

---

### ORDER

This lawyer is admitted *pro hac vice*.



Signed on March 31, 2009.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98