UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-00027 |
|---|---|---|---|

Kawaljeet K. Tagore

*versus*

U.S. Department of Homeland Security, et al.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name: | Amardeep Singh Bhalla |
| Firm | The Sikh Coalition |
| Street | 40 Exchange Place, Suite 728 |
| City & Zip Code | New York, NY 10005 |
| Telephone | (212) 655-3095 ext. 83 |
| Licensed: State & Number | New York, AB4371 |
| Admitted U.S. District Court for: | Eastern District of New York |

Seeks to appear as the attorney for this party:

Kawaljeet K. Tagore

Dated: 1/12/2009     Signed: *[signature] Amardeep S Bhalla*

### ORDER

This lawyer is admitted *pro hac vice.*

Signed on MARCH 31, 2009.     _[signature]_
United States District Judge

SDTX (d_prohac.ord)
02/03/98