# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| KAWALJEET K. TAGORE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br>et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:09-CV-00027

## ORDER

Upon consideration of Federal Defendants' Unopposed Motion for Expedited Response to and Consideration of Motion for Extension of Time To Answer or Otherwise Respond to Plaintiff's Complaint and to Postpone May 1, 2009 Scheduling Conference, IT IS HEREBY ORDERED THAT –

Federal Defendants' Motion is GRANTED. Plaintiff's Response to Federal Defendants' Motion for for Extension of Time To Answer or Otherwise Respond to Plaintiff's Complaint and to Postpone May 1, 2009 Scheduling Conference is due by April 15, 2009.

DATED: __4/8/09__

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE