IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAWALJEET K. TAGORE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY; FEDERAL PROTECTIVE SERVICE; U.S. DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; HENRY M. PAULSON, JR., Secretary of the Treasury; WILLIAM A. CARMODY, III; DAVID HIEBERT; CHRISTINA NAVARETE-WASSON; SERGIO ARELLANO; JAMES K. ELLIS; NIEVES NARVAEZ; and DOES 1-25<br><br>Defendants. | Civil Case No.:4:09cv27<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Plaintiff's Motion For Leave to File Belated Response To Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and to Postpone May 1, 2009 Scheduling Conference is **Granted**.

The deadline for Plaintiff's response is extended until April 16, 2009.

Signed this 17th day of April, 2009.

_____
SIM LAKE

UNITED STATES DISTRICT JUDGE