**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

KAWALJEET K. TAGORE,          )
                                       )
            Plaintiff,        )
                                       )    Case No. 4:09-CV-00027
    v.                            )
                                       )
THE UNITED STATES OF AMERICA,  )
et al.                             )
                                       )
            Defendants.   )
_____)

**████████ ORDER**

Upon consideration of Federal Defendants' Motion for Extension of Time

To Answer or Otherwise Respond to Plaintiff's Complaint and to Postpone May 1, 2009

Scheduling Conference, IT IS HEREBY ORDERED THAT –

Federal Defendants' Motion is GRANTED.  The answer or other response to Plaintiff's

Complaint by Federal Defendants, Sergio Arellano, and Christina Navarette-Wasson will be due

by ~~June 5,~~ *May 1* 2009.  The initial pretrial and scheduling conference in this case will be held on

_June 5, 2009_ , at _2:00 p.m._ .

DATED: _April 17, 2009_            _____
                                      THE HONORABLE SIM LAKE
                                      UNITED STATES DISTRICT JUDGE

Dockets.Justia.com