**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KAWALJEET K. TAGORE,<br><br>                Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY, FEDERAL PROTECTIVE SERVICE; U.S. DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; JANET NAPOLITANO, Secretary of the U.S. Department of Homeland Security; TIMOTHY F. GEITHNER, Secretary of the Treasury; WILLIAM A. CARMODY, III; DAVID HIEBERT; CHRISTINA NAVARETTE-WASSON; SERGIO ARELLANO; JAMES K. ELLIS; NIEVES NARAVEZ; AND DOES 1-25,<br><br>                Defendants. | CASE NO. 4:09-CV-00027 |

## PLAINTIFF'S WITHDRAWAL OF OPPOSITION
## TO DEFENDANTS' MOTION TO SUSPEND

Plaintiff hereby withdraws its opposition to Defendants' Motion to Suspend or Enlarge Time.

                                                                   Respectfully submitted,

                                                                         s/ Eric C. Rassbach
                                                                   Eric C. Rassbach
                                                                   Admitted *pro hac vice*
                                                                   Texas Bar No. 24013375
                                                                   1350 Connecticut Ave. NW, Ste. 605
                                                                   Washington, DC 20036
                                                                   Telephone: (202) 349-7211
                                                                   erassbach@becketfund.org

Scott Newar
Texas Bar Number 14940900
700 Louisiana, Suite 2550
Houston, Texas 77002-2728
Telephone: (713) 226-7950

The Sikh Coalition
Harsimran Kaur
District of Columbia Bar Number 493428
39465 Paseo Padre Pardway, Ste. 3550
Fremont, CA 94538
Telephone: (510) 659-0900, ext. 92

The Sikh Coalition
Amardeep Singh Bhalla
New York Bar Number AB4371
40 Exchange Pl., Ste. 728
New York, NY 10005
Telephone: (212) 655-3095, ext. 83

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2009, I electronically transmitted the foregoing Plaintiff's Withdrawal of Opposition to Defendants' Motion to Suspend to the Clerk's Office by the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

Vesper Mei
United States Department of Justice
Civil Division Federal Programs Branch
PO Box 883 Ben Franklin Station
Washington , DC 20044
202-514-4686
vesper.mei@usdoj.gov

                                                                           s/ Eric C. Rassbach
                                                                           Eric C. Rassbach