IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAWALJEET K. TAGORE,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al.<br><br>        Defendants. | Case No. 4:09-CV-00027 |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Suspend or Enlarge Time To Answer Plaintiff's Complaint, IT IS HEREBY ORDERED THAT –

Defendants' Motion is GRANTED. Defendants' Answer to Plaintiff's Complaint is suspended pending consideration of Federal Defendants' Partial Motion to Dismiss.

DATED: May 22, 2009

THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE