UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JAN 1 2 2009

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Michael N. Milby, Clerk

City: Houston    Case Number: 4:09-cv-00027

Kawaljeet K. Tagore

v.

United States of America

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:



ERIC C. RASSBACH
The Becket Fund for Religious Liberty
1350 Connecticut Ave., NW
Washington, D.C. 20036
(202) 349-7214
TX: 24013375

Seeks to appear as the attorney for this party:

Kawaljeet K. Tagore

Dated: 1/7/2009    Signed: Eric Rassbach

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on July 16, 2009.    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98