Cause Number __CA H 09-0027__

Style __Kawaljeet Tagore v. United States of America__

Appearances:

| Counsel: | Representing: |
|---|---|
| Scott Neway | Plaintiff |
| Eric Rassbach | |
| Harsimran Kaur | |
| | Defendant |
| Vesper Mei | |

Date: __Sept. 18, 2009__    Reporter: __S. Carlisle-Neisser__

Law Clerk: __R. Hackney__

Time: ____/____ a.m.
      3:00 / 3:15 p.m.

## HEARING
### MINUTES AND ORDER

At the hearing the following rulings were made:

Court set Docket Control Order.

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge