IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KAWALJEET TAGORE §
 §
 §
     Plaintiff, §
 §
v. § CIVIL ACTION NO. H-09-0027
 §
THE UNITED STATES OF AMERICA §
 §
     Defendant. §

### DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

**DEADLINES**

1. _Nov. 13, 2009_   MOTIONS TO AMEND THE PLEADINGS

2. _none_   MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____   MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. _April 30, 2010_   Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. _May 28, 2010_   Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. _July 30, 2010_     COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____     LIMITS ON DISCOVERY

    _____
    _____
    _____
    _____.

8. _April 16, 2010_     DISPOSITIVE MOTIONS

9. _July 23, 2010_     ALL OTHER PRETRIAL MOTIONS

10. _Aug. 6, 2010_     JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE  Plaintiff is responsible for timely filing the complete joint pretrial order.  The court will not accept sepa-rate versions of the pretrial order.

11. _Aug. 13, 2010 at 4PM_     DOCKET CALL  No instrument filed within 7 days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

_September 18, 2009_
DATE

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE