*MAGISTRATE'S CRIMINAL MINUTES - MISD. RE-ARRAIGNMENT*

United States District Court
Southern District of Texas
FILED

AUG 2 9 2006

Michael N. Milby, Clerk

HONORABLE **PETER E. ORMSBY**, PRESIDING
DEPUTY CLERK   Carmel Ramirez
ERO            Candy Jones
USPO           Not present
INTERPRETER    Elena Medrano-Not used
DUSM           Nichole Dugan
OPEN    11:08 AM   -   11:19 AM
**REOPEN  11:25 AM   -   11:33 AM**

DATE August 29, 2006

CR. NO. **M-06-3224-M-S1**

| UNITED STATES OF AMERICA | § | Juan Alanis, AUSA |
|---|---|---|
| VS | § | |
| GUILLERMO GONZALEZ | § | Jose Guadalupe Rivas, RETD |

## RE-ARRAIGNMENT

(**XX**) **CRIMINAL INFORMATION** filed

(**XX**) Deft's first appearance; advised of charges and rights.

(**XX**) Deft appeared with counsel

(**XX**) Deft enters **plea of guilty** to  21:844(a); 18:2
(  ) PLEA BARGIN:  Notice of Rule 11(e) Agreement filed.

(**XX**) PSI waived.

(**XX**) **SENTENCING RESET TO: September 5, 2006 at 4:00 PM**

(  ) PSI ORDERED; PSI Report to be completed by _____

(  ) Any Objections to the PSI Report to be filed by _____

(  ) Any PSI Addendum by _____

(  ) Sentencing set for _____

(  ) Government to file motion to dismiss complaint.

(**XX**) Deft continued on present bond.

(  ) Other Proceedings_____